Al Lustgarten,Bar # 189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866   Fax 818-461-5959
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,          )
                                      )
          Plaintiff,        vs.       )   Case No.:  5:12-CV-00701-WDK-FMO
                                      )
CELEDONIO PANIAGUA, et al,            )   **RENEWAL OF JUDGMENT  BY CLERK**
                                      )
          Defendant,                  )
_____)

 Based upon the application for renewal of the judgment of the original judgment, and pursuant to

F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

    Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Celedonio

Paniagua, an individual and d/b/a Comida Peruana Peru Peru Restaurant and Carmen Paniagua, an

individual d/b/a Comida Peruana Peru Peru Restaurant entered on September 5, 2013, be and the same

is hereby renewed in the amounts as set forth below:

      Renewal of money judgment

          a.  Total judgment                    $    18,408.00

          b.  Costs after judgment              $         0.00

          c.  Subtotal *(add a and b)*          **$    18,408.00**

          d.  Credits                           $         0.00

          e.  Subtotal *(subtract d from c)*    **$    18,408.00**

          f.   Interest after judgment (.13%)   $       213.90

          g.  Fee for filing renewal of application   $     0.00

          **h.**  Total renewed judgment (add e, f and g)  $   **18,621.90**


Date: June 12, 2023                 CLERK, by Deputy  *Sharon Hall Brown*

                                    KIRY K. GRAY,
                                     Clerk of U.S. District Court



                    Renewal of Judgment